ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| (See attached Rider),<br><br>       Plaintiffs,<br><br>  vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>       Defendant. | Case No.<br>**13 CIV 1766**<br><br>JUDGE SCHOFIELD |

## SUMMONS IN A CIVIL ACTION

To: LEXINGTON INSURANCE COMPANY
   100 Summer Street
   Boston, MA 02110
   Attn: Counsel, Legal Department

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Finley T. Harckham, Esq.
   Peter A. Halprin, Esq.
   ANDERSON KILL & OLICK, P.C.
   1251 Avenue of the Americas
   New York, New York 10020

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

 You also must file your answer or motion with the court.

                   RUBY J. KRAJICK

                   *CLERK OF COURT*

Date: **MAR 1 5 2013**              Signature of Clerk or Deputy Clerk

nydocs1-1006376.1

## RIDER

The following entities are Plaintiffs in this dispute:

1       Plaintiff Quik Park Southern LLC is incorporated in New York and has its principal place of business at 1 New York Plaza, New York, New York 10004.

2       Plaintiff Quik Park PCVST Garage LLC is incorporated in New York and has its principal place of business at 251 Avenue C, New York, New York 10009.

3       Plaintiff Quik Park Water Street LLC is incorporated in New York and has its principal place of business at 95 Water Street, New York, New York 10005.

4       Plaintiff Quik Park Tribeca II, LLC is incorporated in New York and has its principal place of business at 34 Debrosses Street, New York, New York 10013.

5       Plaintiff Quik Park East 73rd St LLC is incorporated in New York and has its principal place of business at 524-8 East 73rd Street, New York, New York 10021.

6       Plaintiff Quik Park West 57 LLC is incorporated in New York and has its principal place of business at 9 West 57th Street, New York, New York 10019.

7       Plaintiff Quik Park Regent LLC is incorporated in New York and has its principal place of business at 38 Bowery, New York, New York 10013.

8       Plaintiff Quik Park West 62nd St. LLC is incorporated in New York and has its principal place of business at 140 West 62nd Street, New York, New York 10023.

9       Plaintiff Quik Park FG LLC is incorporated in New York and has its principal place of business at 500 East 62nd Street, New York, New York 10021.

10      Plaintiff Quik Park West 58th LLC is incorporated in New York and has its principal place of business at 116 Central Park West, New York, New York 10019.

11      Plaintiff Quik Park 61st Street LLC is incorporated in New York and has its principal place of business at 425 East 61st Street, New York, New York 10021.

12      Plaintiff Quik Park BPC LLC is incorporated in New York and has its principal place of business at 70 Little West Street, New York, New York 10280.

13      Plaintiff Quik Park 1633 Garage LLC is incorporated in New York and has its principal place of business at 1633 Broadway, New York, New York 10019.

14      Plaintiff Quik Park Garment LLC is incorporated in New York and has its principal place of business at 155 East 34th Street, New York, New York 10016.

15      Plaintiff Quik Park West 22nd St. LLC is incorporated in New York and has its principal place of business at 235 West 22nd Street, New York, New York 10011.

16. Plaintiff Quik Park East 67th Street LLC is incorporated in New York and has its principal place of business at 400 East 67th Street, New York, New York 10021.

17. Plaintiff Quik Park 311 WB LLC is incorporated in New York and has its principal place of business at 311 West Broadway, New York, New York 10013.

18. Plaintiff Quik Park Standard LLC is incorporated in New York and has its principal place of business at 101 Park Avenue, New York, New York 10016.

19. Plaintiff Quik Park Bloom LLC is incorporated in New York and has its principal place of business at 169-175 East 60th Street, New York, New York 10021.

20. Plaintiff QP East 36th Street LLC is incorporated in New York and has its principal place of business at 221-223 East 36th Street, New York, New York 10016.

21. Plaintiff Quik Park W.23rd St. LLC is incorporated in New York and has its principal place of business at 423-431 West 23rd Street, New York, New York 10011.

22. Plaintiff Quik Park Bleecker Street Garage LLC is incorporated in New York and has its principal place of business at 350 Bleeker Street, in New York, New York 10014.

23. Plaintiff Quik Park Broadway Garage LLC is incorporated in New York and has its principal place of business at 225-251 West 56th Street, New York, New York 10019.

24. Plaintiff Quik Park Garden LLC is incorporated in New York and has its principal place of business at 384 8th Avenue, New York, New York 10001.

25. Plaintiff Quik Park York Avenue LLC is incorporated in New York and has its principal place of business at 400 East 71st Street, New York, New York 10021.

26. Plaintiff Quik Park Swift LLC is incorporated in New York and has its principal place of business at 140 East 56th Street, New York, New York 10022.

27. Plaintiff Quik Park Real LLC is incorporated in New York and has its principal place of business at 35 Park Avenue, New York, New York 10016.

28. Plaintiff Beekman Garage LLC is incorporated in New York and has its principal place of business at 51-53 East 76th Street, New York, New York 10021.

29. Plaintiff Quik Park East 72 LLC is incorporated in New York and has its principal place of business at 525 East 72nd Street, New York, New York 10021.

30. Plaintiff Crowne Garage LLC is incorporated in New York and has its principal place of business at 1601 Broadway, New York, New York 10036.

31. Plaintiff Quik Park West 22nd St. Management LLC is incorporated in New York and has its principal place of business at 133 West 22nd Street, New York, New York 10011.

32     Plaintiff West 46 ST Garage LLC is incorporated in New York and has its principal place of business at 305-307 West 46th Street, New York, New York 10036.

33     Plaintiff Quik Park West 56th St. LLC is incorporated in New York and has its principal place of business at 328-340 West 56th Street, New York, New York 10019.

34     Plaintiff Quik Park Theater Lot LLC is incorporated in New York and has its principal place of business at 223-225 West 46th Street, New York, New York 10036.

35     Plaintiff Quik Park West 55th St. LLC is incorporated in New York and has its principal place of business at 73-77 West 55th Street, New York, New York 10019.

36     Plaintiff Quik Park Rockefeller Parking LLC is incorporated in New York and has its principal place of business at 338-342 East 59th Street, New York, New York 10022.

37      Plaintiff Quik Park 48th Street LLC is incorporated in New York and has its principal place of business at 300 East 48th Street, New York, New York 10017.

38     Plaintiff Garden Garage LLC is incorporated in New York and has its principal place of business at 125 West 31st Street, New York, New York 10001.

39     Plaintiff Quik Park East 39th Street Lot LLC is incorporated in New York and has its principal place of business at 331-345 East 39th Street, New York, New York 10016.

40     Plaintiff Quik Park East 66 LLC is incorporated in New York and has its principal place of business at 250 East 67th Street, New York, New York 10021.

41     Plaintiff Quik Park Columbia LLC is incorporated in New York and has its principal place of business at 2561 Broadway, New York, New York 10025.

42     Plaintiff 575 Lex Garage LLC is incorporated in New York and has its principal place of business at 575 Lexington Avenue, New York, New York 10022.

43     Plaintiff Alexa QP LLC is incorporated in New York and has its principal place of business at 224-226 Mulberry Street, New York, New York 10012.

44     Plaintiff Quik Park Eagle LLC is incorporated in New York and has its principal place of business at 240 East 41st Street, New York, New York 10017.

45     Plaintiff Quik Park West 12th St. LLC is incorporated in New York and has its principal place of business at 175-179 West 12th Street, New York, New York 10011.

46     Plaintiff Quik Park West 41st Street LLC is incorporated in New York and has its principal place of business at 601 West 41st Street, New York, New York 10036.

47     Plaintiff Quik Park Central Park LLC is incorporated in New York and has its principal place of business at 1880 Broadway, New York, New York 10023.

48       Plaintiff Quik Park Hudson 200 LLC is incorporated in New York and has its principal place of business at 200 Riverside Blvd., New York, New York 10069.

49       Plaintiff Quik Park West 42nd St LLC is incorporated in New York and has its principal place of business at 600 West 42nd Street, New York, New York 10036.

50       Plaintiff Quik Park Riverside Garage LLC is incorporated in New York and has its principal place of business at 779-789 Riverside Drive, New York, New York 10032.

51       Plaintiff QP 50 West 93rd Street LLC is incorporated in New York and has its principal place of business at 50 West 93rd Street, New York, New York 10025.

Dated:   March 15, 2013

By: _____
Finley T. Harckham
Peter A. Halprin
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

*Attorneys for Plaintiffs*

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lexington Insurance Company
was received by me on *(date)* 3/18/13.

☐ I personally served the summons on the individual at *(place)* _____
or. *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mary Romero, Legal Asst., who is designated by law to accept service of process on behalf of *(name of organization)* Lexington Insurance Company    or. *(date)* 3/22/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/22/13

_____
Server's signature

Herrell Smallwood, Constable
Printed name and title

82 Broad St 1S3 Boston, MA 02110
Server's address

Additional information regarding attempted service, etc: