# MOUND COTTON WOLLAN & GREENGRASS
### COUNSELLORS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

WAYNE R. GLAUBINGER
(212) 804-4263
WGlaubinger@moundcotton.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/11/2013

April 11, 2013

**Via Email** (Schofield_NYSDChambers@nysd.uscourts.gov)

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Quik Park Southern LLC, et al. v. Lexington Insurance Company
            Case No.: 13 CIV 1766

Dear Judge Schoefield:

We are writing on behalf of Defendant Lexington Insurance Company to request an extension of time to file an answer to the complaint in the above-referenced matter. The answer currently is due on April 12, 2013. Lexington seeks an extension until April 23, 2013 to file its answer. This is the first request for an extension of time and counsel for Plaintiffs consents to the extension.

If the Court requires any additional information, please let us know.

Respectfully,

Wayne R. Glaubinger

cc:    Finley Harckham, Esq. (via email)
        Peter A. Halprin, Esq. (via email)

Application Granted.   Dated: 4/11/13

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE