USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2013

# MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
FT. LAUDERDALE, FL

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

WAYNE R. GLAUBINGER
(212) 804-4263
WGlaubinger@moundcotton.com

April 18, 2013

**Via Email** (Schofield_NYSDChambers@nysd.uscourts.gov)

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Quik Park Southern LLC, et al. v. Lexington Insurance Company
      Case No.: 13 CIV 1766

Dear Judge Schofield:

We are writing on behalf of Defendant Lexington Insurance Company to request an extension of time to file an answer to the complaint in the above-referenced matter. The answer currently is due on April 23, 2013. Lexington seeks an extension until May 13, 2013, to file its answer. This is the second request for an extension of time. Plaintiffs' counsel consents to this second extension. This Court granted the first request, which extended the original deadline from April 12, 2013, to April 23, 2013.

The requested extension will affect the scheduled date of the initial pretrial conference, currently scheduled for May 6. The parties request that the conference be adjourned until a date after the Answer has been filed. As the initial pretrial conference has not yet taken place, we are unable to attach a proposed Revised Civil Case Management Plan and Scheduling Order as ordinarily required by Individual Rule I.B.2.

The reason for the requested extension is that the parties are exchanging information regarding their positions, which the parties believe will assist in preparing a detailed and comprehensive Answer, Case Management Plan, and joint statement of the case prior to the initial pretrial conference.

If the Court requires any additional information, please let us know.

Respectfully,

*[signature]*

Wayne R. Glaubinger

cc:   Finley Harckham, Esq. (via email)
      Peter A. Halprin, Esq. (via email)

The date to answer is extended to May 13, 2013. The pretrial conference is adjourned to May 15, 2013 at 2:40 PM. This will be the final extension absent extraordinary circumstances.

*[signature]*  4/19/2013
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE