UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUIK PARK SOUTHERN et al.

       Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY,

       Defendants.

---

Civil Action No.13 CIV 1766 (LGS)

**NOTICE OF APPEARANCE**

Please enter the appearance of Scott J. Sheldon, Esq., of the firm of Mound Cotton Wollan & Greengrass on behalf of Defendant Lexington Insurance Company.

Dated: Newark, New Jersey
    May 1, 2013

        MOUND COTTON WOLLAN
        & GREENGRASS

        By____s/ Scott J. Sheldon_____
          Scott J. Sheldon (SS0663)
        Attorney for Defendant
        Lexington Insurance Company
        60 Park Place
        Newark, New Jersey 07102
        Tel.: 973-494-0611
        Fax: 973-242-4244
        SSheldon@moundcotton.com