UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

QUIK PARK SOUTHERN et al.

                              Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY,

                              Defendants.
_____

Civil Action No.13 CIV 1766 (LGS)

**NOTICE OF APPEARANCE**

      Please enter the appearance of Wayne R. Glaubinger, Esq., of the firm of Mound Cotton Wollan & Greengrass on behalf of Defendant Lexington Insurance Company.

Dated:    New York, New York
            May 1, 2013

                                                MOUND COTTON WOLLAN
                                                  & GREENGRASS

                                                By    s/ Wayne R. Glaubinger
                                                      Wayne R. Glaubinger (WG0454)
                                                Attorney for Defendant
                                                Lexington Insurance Company
                                                One Battery Park Plaza
                                                New York, New York 10004
                                                Tel.: 212-804-4200
                                                Fax: 212-344-8066
                                                WGlaubinger@moundcotton.com