UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUIK PARK SOUTHERN LLC, QUIK PARK PCVST GARAGE LLC, QUIK PARK WATER STREET LLC, QUIK PARK TRIBECA II LLC, QUIK PARK EAST 73RD ST LLC, QUIK PARK WEST 57 LLC, QUIK PARK REGENT LLC, QUIK PARK WEST 62ND ST. LLC, QUIK PARK FG LLC, QUIK PARK WEST 58TH LLC, QUIK PARK 61ST STREET LLC, QUIK PARK BPC LLC, QUIK PARK 1633 GARAGE LLC, QUIK PARK GARMENT LLC, QUIK PARK WEST 22ND ST. LLC, QUIK PARK EAST 67TH STREET LLC, QUIK PARK 311 WB LLC, QUIK PARK STANDARD LLC, QUIK PARK BLOOM LLC, QP EAST 36TH STREET LLC, QUIK PARK W. 23RD ST. LLC, QUIK PARK BLEECKER STREET GARAGE LLC, QUIK PARK BROADWAY GARAGE LLC, GARDEN GARAGE LLC, QUIK PARK YORK AVENUE LLC, QUIK PARK SWIFT LLC, QUIK PARK REAL LLC, BEEKMAN GARAGE LLC, QUIK PARK EAST 72 LLC, CROWNE GARAGE LLC, QUIK PARK WEST 22ND ST. MANAGEMENT LLC, WEST 46 ST GARAGE LLC, QUIK PARK WEST 56TH ST. LLC, QUIK PARK THEATER LOT LLC, QUIK PARK WEST 55TH ST. LLC, QUIK PARK ROCKEFELLER PARKING LLC, QUIK PARK 48TH STREET LLC, QUIK PARK GARDEN LLC, QUIK PARK EAST 39TH STREET LOT LLC, QUIK PARK EAST 66 LLC, QUIK PARK COLUMBIA LLC, 575 LEX GARAGE LLC, ALEXA QP LLC, QUIK PARK EAGLE LLC, QUIK PARK WEST 12TH ST. LLC, QUIK PARK WEST 41ST STREET LLC, QUIK PARK CENTRAL PARK LLC, QUIK PARK HUDSON 200 LLC, QUIK PARK WEST 42ND ST. LLC, QUIK PARK RIVERSIDE GARAGE LLC, QP 50 WEST 93RD STREET LLC,<br><br>                                    Plaintiffs,<br><br>                                    vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>                                    Defendant. | Index No. 1:13-cv-01766-LGS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Quik Park Southern LLC, Quik Park PCVST Garage LLC, Quik Park Water Street LLC, Quik

Park Tribeca II LLC, Quik Park East 73rd St LLC, Quik Park West 57 LLC, Quik Park Regent LLC, Quik Park West 62nd St. LLC, Quik Park FG LLC, Quik Park West 58th LLC, Quik Park 61st Street LLC, Quik Park BPC LLC, Quik Park 1633 Garage LLC, Quik Park Garment LLC, Quik Park West 22nd St. LLC, Quik Park East 67th Street LLC, Quik Park 311 WB LLC, Quik Park Standard LLC, Quik Park Bloom LLC, QP East 36th Street LLC, Quik Park W.23rd St. LLC, Quik Park Bleecker Street Garage LLC, Quik Park Broadway Garage LLC, Garden Garage LLC, Quik Park York Avenue LLC, Quik Park Swift LLC, Quik Park Real LLC, Beekman Garage LLC, Quik Park East 72 LLC, Crowne Garage LLC, Quik Park West 22nd Street Management LLC, West 46 ST Garage LLC, Quik Park West 56th St. LLC, Quik Park Theater Lot LLC, Quik Park West 55th St. LLC, Quik Park Rockefeller Parking LLC, Quik Park 48th Street LLC, Quik Park Garden LLC, Quik Park East 39th Street Lot LLC, Quik Park East 66 LLC, Quik Park Columbia LLC, 575 Lex Garage LLC, Alexa QP LLC, Quik Park Eagle LLC, Quik Park West 12th St. LLC, Quik Park West 41st Street LLC, Quik Park Central Park LLC, Quik Park Hudson 200 LLC, Quik Park West 42nd St LLC, Quik Park Riverside Garage LLC, QP 50 West 93rd Street LLC hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

Dated:  New York, New York
        May 8, 2013

> By: */s/ Peter A. Halprin*
>     Finley T. Harckham, Esq.
>     Peter A. Halprin, Esq.
>     ANDERSON KILL & OLICK, P.C.
>     1251 Avenue of the Americas
>     New York, NY  10020
>     Telephone:  (212) 278-1000
>     Facsimile: (212) 278-1733
>     *Attorneys for Plaintiffs*